UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VICTOR PEREZ and ANGELA PEREZ,<br><br>      Plaintiffs,<br><br> v.<br><br>U.S. BANK, N.A.,<br><br>      Defendant. | NO: 2:15-CV-0114-TOR<br><br>ORDER GRANTING JOINT MOTION TO DISMISS |

BEFORE THE COURT is the Parties Joint Motion to Dismiss (ECF No. 51). Plaintiffs Victor and Angela Perez and Defendant U.S. Bank, N.A., stipulated to the following:

> The parties herein stipulate that the allegations and claims asserted by Plaintiffs in this action, including Plaintiffs' Complaint, filed with this Court on May 19, 2015, ECF 11, Plaintiffs' First Amended Complaint, filed with this Court on November 2, 2015, ECF 25, and Plaintiffs' Amendment to First Amended Complaint, filed with this Court on March 10, 2016, ECF 31, have been resolved by agreement, and that as a consequence, this matter should be dismissed with prejudice and without costs.

ECF No. 51. Accordingly, Plaintiffs' claims and allegations in this action (ECF Nos. 11; 25; 31) are **DISMISSED WITH PREJUDICE AND WITHOUT COSTS**.

ORDER GRANTING JOINT MOTION TO DISMISS ~ 1

**IT IS HEREBY ORDERED:**

1. The Parties' Motion to Dismiss (ECF Nos. 26) is **GRANTED**.

2. Plaintiffs' claims are **DISMISSED WITH PREJUDICE AND WITHOUT COSTS**.

The District Court Executive is directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** January 25, 2017.



THOMAS O. RICE
Chief United States District Judge